# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:16-cv-732-RJC-DSC

| | |
|---|---|
| JACQUALINE BELL, ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| DEPATMENT OF HOMELAND SECURITY, ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court sua sponte. Plaintiff filed her Complaint, (Doc. No. 1), on October 24, 2016. Summons was returned executed on December 13, 2016. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant had until January 30, 2017 to file an Answer to Plaintiff's Complaint. The time has now expired. Plaintiff has not filed a motion for entry of default. See FED. R. CIV. P. 55(a). It is Plaintiff's burden to move this case forward, and Plaintiff will be required to take appropriate action within 14 days.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall filed a Motion for Entry of Default within 14 days. **FAILURE TO FILE SUCH A MOTION WITHIN 14 DAYS WILL RESULT IN DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT.**

Signed: October 25, 2017

Robert J. Conrad, Jr.
United States District Judge

1