# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00732-RJC-DSC

| | |
|---|---|
| JACQUELINE BELL, )<br> )<br>  Plaintiff, )<br> )<br>v. )<br> )<br> )<br>DEPARTMENT OF HOMELAND )<br>SECURITY, )<br> )<br>  Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on pro se Plaintiff's "Motion to Extend Expert Reports" (document # 47) filed May 30, 2019. For the reasons set forth therein, the Motion will be granted. Plaintiff's expert report deadline is extended to June 15, 2019 and Defendant's expert report deadline is extended to August 15, 2019.

Due to the age of this case, the remaining deadlines and settings are not and will not be extended absent extraordinary circumstances. Plaintiff's inability to retain new counsel will not be considered extraordinary. Plaintiff is cautioned that regardless of whether she retains counsel, she must comply with all deadlines, as well as the Pretrial Order and Case Management Plan, all Court Orders, the Local Rules, and the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to the pro se Plaintiff, to defense counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.   Signed: June 3, 2019

_____
David S. Cayer
United States Magistrate Judge