# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00732-RJC-DSC

| | |
|---|---|
| JACQUELINE BELL, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)    **ORDER**<br>DEPARTMENT OF HOMELAND )<br>SECURITY, )<br>)<br>    Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's consent "Motion to Stay Proceedings" (document #53) filed September 26, 2019. For the reasons set forth therein, the Motion will be <u>granted</u>. This matter is **STAYED** pending resolution of Defendant's "Motion to Enforce Settlement" (document #51).

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: September 30, 2019

David S. Cayer
United States Magistrate Judge