| | | |
|---|---|---|
| JACQUELINE BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER comes before the Court on Defendant's Motion to Enforce Mediated Settlement, (Doc. No. 51), and the Magistrate Judge's Memorandum and Recommendation ("M&R"), (Doc. No. 58).

## I. BACKGROUND

On September 26, 2019, Defendant filed the instant Motion to Enforce Mediated Settlement. (Doc. No. 51.) In the M&R, the Magistrate Judge recommended that this Court grant Defendant's motion. (Doc. No. 58, at 5.) The Magistrate Judge advised the parties of their right to file objections to the M&R within fourteen days, (Doc. No. 58, at 5); however, no objections were filed, and the time for doing so has expired, Fed. R. Civ. P. 72(b)(2).

## II. STANDARD OF REVIEW

The district court may assign dispositive pretrial matters pending before the court to a magistrate judge for "proposed findings of fact and recommendations." 28 U.S.C. § 636(b)(1)(B). The Federal Magistrate Act provides that a district court "shall

make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Id. at § 636(b)(1); Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983). "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

## III. DISCUSSION

As no objection to the M&R has been made, the parties have waived their right to de novo review of any issues covered in the M&R. After review of the M&R and the entire record, the Court determines that the recommendation of the Magistrate Judge is fully consistent with and supported by current law. Therefore, the Court adopts the M&R.

## IV. CONCLUSION

**IT IS THEREFORE ORDERED** that the Magistrate Judge's M&R, (Doc. No. 58), is **ADOPTED**, and Defendant's Motion to Enforce Mediated Settlement, (Doc. No. 51), is **GRANTED**.

Signed: December 30, 2019

Robert J. Conrad, Jr.
United States District Judge